IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| TYLER GATES,<br><br>    Plaintiff,<br><br>vs.<br><br>FEDEX FREIGHT, INC.,<br><br>    Defendant. | CV 15-59-BU-DWM-JCL<br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED. The jury trial set for January 23, 2017, is VACATED.

DATED this 22nd day of December, 2016.

DONALD W. MOLLOY, DISTRICT JUDGE
UNITED STATES DISTRICT COURT